MILDRED SANDLER ET AL., RESPONDENTS, v. HUDSON AND MANHATTAN RAILROAD COMPANY, APPELLANT.

Submitted February 13, 1931—Decided October 19, 1931.

For the appellant, *Collins & Corbin.*

For the respondents, *Fredman & Fredman.*

PER CURIAM.

The judgment herein is affirmed, by an equally divided court.

*For affirmance*—TRENCHARD, LLOYD, DONGES, VAN BUSKIRK, KAYS, DEAR, JJ.  6.

*For reversal*—PARKER, CASE, BODINE, DALY, HETFIELD, WELLS, JJ.  6.